IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01286-RPM-BNB

GARRY M. BILLICK,

 Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC,

 Defendants.

---

## JUDGMENT

---

 Pursuant to the offer of judgment served June 8th, 2011 and the acceptance thereof filed June 16th, 2011 with proof of service, and in accordance with the Federal Rule of Civil Procedure 68, it is

 ORDERED that judgment is hereby entered for the plaintiff Garry M. Billick and against the defendant NCO Financial Systems, Inc., in the amount of $750.00, which sum shall be in addition to Plaintiff's reasonable costs and attorneys' fees accrued as of the date of the service of the Offer of Judgment, as are agreed to between counsel to the parties or as determined by the Court upon motion.

It is

 FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.18% from the date of entry of judgment.

DATED at Denver, Colorado this  17th  June, 2011.

GREGORY C. LANGHAM, CLERK

By:   s/ Edward P. Butler

Edward Butler, Deputy Clerk