## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.:  1:11-cv-01286-RPM-MEH

**GARRY M. BILLICK**

    Plaintiff,

v.

**NCO FINANCIAL SYSTEMS, INC. a Pennsylvania Corporation**

    Defendant

---

### SATISFACTION OF JUDGMENT
---

Judgment was rendered in favor of the above-named Plaintiff and against the above-named Defendant on June 17, 2011 in the sum of $750.00 plus reasonable attorney fees and costs.  Plaintiff herein gives notice to the Court and acknowledges payment of said judgment, attorney fees and costs.  It is the desire of the Plaintiff to release this judgment and hereby fully and completely satisfy same and terminate this matter without further proceedings.

    Respectfully submitted,

    s/Troy D. Krenning
**Troy D. Krenning, Esq.**
Gookin, Krenning & Associates, LLC
501 N. Cleveland Avenue
Loveland, Colorado 80537
(970) 292-8290
Email: troydklaw@msn.com
**Attorney for Plaintiff**